See 01-6258